UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NADIST, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV969 CDP |
| | ) |
| THE DOE RUN RESOURCES | ) |
| CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion to amend the complaint. Defendants object to amendment because the case management order provides that "all motions for joinder of additional parties or amendment of pleadings shall be filed no later than December 5, 2007," and plaintiff filed its motion on December 31, 2007. Given the complexity of this case, the status of discovery, the fact that I granted defendants leave to file a third-party complaint on December 5, 2007, and that defendants have demonstrated no resulting prejudice if leave to amend were granted, I will exercise my discretion and grant plaintiff's motion for leave to amend.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend the

complaint [#71] is granted, and plaintiff's amended complaint [#72] is deemed filed as of this date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of February, 2008.