UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NADIST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV969 CDP |
| | ) | |
| THE DOE RUN RESOURCES | ) | |
| CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the Doe Run defendants' motion for leave to file a first amended answer and counterclaim against Nadist. Nadist opposes the motion on the grounds that it is untimely under the case management order and that the procedural history (namely, that I allowed Nadist to amend its complaint after the deadline) and status of discovery do not justify granting Doe Run's motion to amend. I disagree. Given the complexity of this case, the status of discovery, the procedural history, and the fact that Nadist has demonstrated no resulting prejudice if leave to amend were granted, I will exercise my discretion and grant Doe Run's motion for leave to file an amended answer and counterclaim.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for leave to file a first amended answer and counterclaim [#104] is granted, and defendants' first amended answer and counterclaim are deemed filed as of this date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of May, 2008.