UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| NADIST, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:06CV969 CDP |
|  | ) |  |
| THE DOE RUN RESOURCES CORP., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## **MEMORANDUM AND ORDER**

This matter is before me on the motion for reconsideration and to intervene as plaintiff filed by pro se prisoner Jonathon Lee Riches. Riches seeks leave to intervene as of right under Federal Rule of Civil Procedure 24(a).[1] Riches seeks to intervene, claiming only that he has information pertaining to the case. This is insufficient under Rule 24 to mandate intervention. Riches has not cited to a federal statute giving him an unconditional right to intervene, nor has he shown an

---

[1]Rule 24(a) states:

On timely motion, the court must permit anyone to intervene who: (1) is given an unconditional right to intervene by a federal statute; or (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Fed. R. Civ. P. 24(a).

interest in the action that is not adequately represented by the named parties.  For this reason, the motion to intervene will be denied.[2]  Although not raised in Riches' motion, I find no basis for permissive intervention under Rule 24(b), either.  Riches' request for reconsideration is denied because he has provided no basis for this relief in his motion.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for reconsideration and to intervene as plaintiff [#150] is denied.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2008.

---

[2] Riches filed similar motions in approximately 50 currently pending federal cases.