UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NADIST, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV969 CDP |
| | ) |
| THE DOE RUN RESOURCES CORP., et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Having carefully reviewed the pending motions to strike and to dismiss in light of the relevant standards,

**IT IS HEREBY ORDERED** that all pending motions are denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of March, 2010.