UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NADIST, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV969 CDP |
| ) | |
| THE DOE RUN RESOURCES ) | |
| CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on a review of the file. On November 17, 2010, the Special Master set a hearing on all pending discovery motions on February 9, 2011. The Court understands the Special Master's Order to include a hearing on the pending motions for protective order [#383 and #391] in addition to the motions to compel [#371 and #387]. Any party filing sealed responsive or reply briefs to these pending motions shall also provide courtesy copies to the Special Master for ruling.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to withdraw counsel [#388] is granted.

**IT IS FURTHER ORDERED** that the unopposed motion for extension of

time [#392] is granted, and plaintiff's reply brief in support of its partial motion for summary judgment must be filed no later than **March 1, 2011.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of November, 2010.